SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| RENAY NIKOLE WALTHER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.:  2:20-cv-01687-DMC<br><br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of July 21, 2021.

This extension (14 days) is requested because, with the influx of transcripts being released, the brief writer has multiple briefs due and needs additional time for review prior to filing a Reply to the Defense's Cross-Motion for Summary Judgment.

///

1    DATED:  July 19, 2021                    /s/ Shellie Lott
2                                             Shellie Lott
                                             Attorney for Plaintiff
3

4

5    DATED:  July 19, 2021                    PHILLIP A. TALBERT
                                             Acting United States Attorney
6                                             DEBORAH LEE STACHEL
                                             Regional Chief Counsel, Region IX
7

8                                             /s/ Ellinor R. Coder
                                             ELLINOR R. CODER,
9                                             (As authorized via E-mail on 7/1/21)
                                             Special Assistant U S Attorney
10                                            Attorneys for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO BRANCH

RENAY NIKOLE WALTHER,

          Plaintiff,

vs.

ANDREW SAUL,
Acting Commissioner of Social Security,

          Defendant

Case No.: 2:20-cv-01687-DMC

**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

      Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment, the request is hereby APPROVED.

      Plaintiff's reply brief, ECF No. 19, filed on July 7, 2021, is deemed timely and the matter is submitted.

      SO ORDERED.

Dated:  July 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE